IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ERIKA WOOLFOLK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 6:25-cv-00059 |
| LIBERTY UNIVERSITY, INC., | ) |
| | ) |
| And | ) |
| | ) |
| ASHLEY REICH. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION FOR PROTECTIVE ORDER**

The Parties respectfully move this Court for entry of the attached Stipulated Protective Order ("Protective Order").

In support, the Parties state as follows:

1. Entry of the stipulated Protective Order is necessary to protect the Parties' confidential financial and proprietary business information and information related to students at Defendant Liberty University, which requires heightened protection from disclosure.

2. The Parties plan to operate under the terms of the Protective Order throughout this litigation.

3. The Parties have agreed to the terms of the stipulated Protective Order and seek the Court's approval and entry.

WHEREFORE, the Parties respectfully request entry of the stipulated Protective Order.

Dated: January 16, 2026

          Respectfully submitted,

          *s/ King F. Tower*
          King F. Tower (VSB No. 38767)
          Raven C. Burks (VSB No. 98123)
          king.tower@woodsrogers.com
          raven.burks@woodsrogers.com
          Woods Rogers Vandeventer Black, PLLC
          10 South Jefferson Street, Suite 1800
          Roanoke, Virginia 24011
          Telephone: (540) 983-7541
          Facsimile: (540-983-7711
            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to counsel of record.

/s *King F. Tower*

King F. Tower

3